# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAPHNE VEAL

VERSUS

JOSEPH A. CAMPO AND XYZ
INSURANCE COMPANY

NO. 2026 CW 0275

MARCH 9, 2026

---

In Re:    Daphne Veal, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          202110545.

---

BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.

   **STAY DENIED; WRIT NOT CONSIDERED.** The writ application failed
to include a copy of the pertinent court minutes, in violation of
Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal.
In addition, this court requires a copy of the hearing transcript
and all evidence introduced at the hearing.

   Supplementation of this writ application and/or an
application for rehearing will not be considered.  Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, including
the missing information noted above, and must comply with Rule 2-
12.2 of the Uniform Rules of Louisiana Courts of Appeal.  Any new
application must be filed on or before April 8, 2026 and must
contain a copy of this ruling.

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT